JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIREK VOYT,<br><br>           Petitioner,<br><br>   v.<br><br>STUART SHERMAN, Warden CSATF State Prison,<br><br>           Respondent. | NO. CV 20-8933-ODW(E)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 11, 2021.

                                             _____
                                                OTIS D. WRIGHT II
                                           UNITED STATES DISTRICT JUDGE